**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:15CR40 MAC/DDB |
| SANTOS GUILLERMO CASTILLO-VARA | § § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the report of the United States Magistrate Judge pursuant to its order. Although Defendant did not waive his right to allocute before the district judge or his right to object to the report and recommendation of this court, no objections have been timely filed.

Therefore, there being no objection, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**, pending allocution before the District Judge.

**IT IS SO ORDERED.**

SIGNED at Beaumont, Texas, this 23rd day of June, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE